NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STUART ALEXANDER,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-2654
    )
JAMES F. ALLEN and HERTEL    )
PARK ASSOCIATES I, LLC, a New    )
York limited liability company,    )
    )
    Appellees.    )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Jared H. Beck, Elizabeth Lee Beck, and
Beverly Virues of Beck & Lee Trial Lawyers,
Miami, for Appellant.

C. Richard Mancini of Henderson, Franklin,
Starnes & Holt, P.A., Bonita Springs, for
Appellees.


PER CURIAM.


          Affirmed.


SILBERMAN, VILLANTI, and BADALAMENTI, JJ., Concur.